**Beverly WINSTEAD, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**WD 79634**

Missouri Court of Appeals, Western District.

ORDER FILED: NOVEMBER 22, 2016

Beverly Winstead, Appellant Pro Se, Counsel for Appellant

Bart A. Matanic, Jefferson City, MO, Counsel for Respondent

Before Division II: Lisa White Hardwick, Presiding Judge, Karen King Mitchell, Judge, Rex Gabbert, Judge

## ORDER

Per Curiam:

Beverly Winstead appeals an order of the Labor and Industrial Relations Commission concluding that the Division of Employment Security deputy's denial of unemployment benefits was a final determination and not subject to review due to Winstead's untimely appeal of that determination. We affirm. Rule 84.16(b).